IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MILLER, | No. 2:25-CV-03032-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| GREAT WEST CASUALTY COMPANY, et al., | |
| Defendants. | |

    Plaintiff, who is proceeding pro se, brings this civil action. On October 24, 2025, Plaintiff filed a first amended complaint as a right pursuant to Fed. R. Civ. P. 15 (a)(1)(A). See ECF No. 9. On October 27, 2025, Plaintiff filed another first amended complaint, again asserting such filing was as a right pursuant to Fed. R. Civ. P. 15 (a)(1)(A). See ECF No. 14.

    The Court is willing to give Plaintiff the opportunity to inform the Court which first amended complaint should be deemed filed as a right pursuant to Fed. R. Civ. P. 15 (a)(1)(A). If Plaintiff does not inform the Court within 30 days of this order which first amended complaint Plaintiff intends to prosecute, the undersigned will order the October 27, 2025, pleading to be stricken for being improperly filed without leave of Court, after already filing ECF No. 9 as a right.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days of this Order, Plaintiff must notify the Court in writing which first amended complaint Plaintiff intends to prosecute, and

2. In the event that Plaintiff fails to timely inform the Court which pleading Plaintiff intends to prosecute, this Court shall direct that the pleading that appears at ECF No. 14 be stricken for being improperly filed.

Dated: October 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE