**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MILLER,<br><br>            Plaintiff,<br><br>        v.<br><br>GREAT WEST CASUALTY COMPANY,<br>et al.,<br><br>            Defendants. | No.  2:25-CV-03032-DJC-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendant Parke Cox Trucking's motion to dismiss, ECF No. 20, and Defendant Great West Casualty Company's motion to dismiss, ECF No. 21. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 31. No objections to the findings and recommendations have been filed. Plaintiff filed a fourth amended complaint, ECF No. 32.

The Court has reviewed the file and finds the findings and recommendations to

1

be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 20, 2026, ECF No. 31, are adopted in full.

2. Defendants' motions to dismiss, ECF Nos. 20 and 21, are GRANTED IN PART and DENIED IN PART;

3. Defendants' motions to dismiss is DENIED as to Plaintiff's standing and Plaintiff's 18 U.S.C. §1962(c) and §1962(d) claims Rule 9(b) deficiencies with regard to the March 14, 2025, letter;

4. Defendant Great West's motion to strike punitive damages, ECF No. 21, is DENIED;

5. Defendant Great West's motion to dismiss, ECF No. 21, is GRANTED without leave to amend as to Plaintiff's 18 U.S. C. §1341, §1343 and Cal. Civ. Code §1710 claims and Plaintiff's Cal. Civ. Code §1709 claim arising from Defendant Great West's March 14, 2025, letter;

6. Defendant Great West's motion to dismiss, ECF No. 21 is GRANTED with leave to amend as to Plaintiff's Cal. Civ. Code §1709 claim arising from communications starting January 2022;

7. Defendants' motions to dismiss, ECF Nos. 20 and 21, are GRANTED with leave to amend as to Plaintiff's state conspiracy claim, and 18 U.S.C. §1962(c) and §1962(d) claims;

8. The Court accepts Plaintiff's fourth amended complaint, ECF No. 32, as the operative complaint;

////

////

////

////

////

2

9.      Defendants shall answer or otherwise respond to the fourth amended complaint, ECF No. 32, as directed by Rule 15(a)(3) of the Federal Rules of Civil Procedure; and

10.     This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **February 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3